JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA NEWTON,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>LIVE NATION ENTERTAINMENT, INC.; LA HONDA CENTER, LLC; ANAHEIM DUCKS HOCKEY CLUB LLC; and DOES 1 to 20,<br><br>　　　　Defendant(s). | Case No.: 8:18-cv-02271-JLS-ADS<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to: Hon. Josephine L. Staton |

//

　　　The stipulation is approved. The entire action is hereby dismissed with prejudice, including claims and counterclaims state herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: October 1, 2019

　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -
**ORDER FOR DISMISSAL WITH PREJUDICE**